UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


National Union Fire Insurance
Company of Pittsburgh, PA, et al.

    v.                              Civil No. 11-cv-303-JD

NGM Insurance Company, et al.


O R D E R

On October 4, 2011, a preliminary pretrial conference was held via telephone in this case.  Attorneys John Hughes and Alexander Henlin appeared for plaintiff; Attorney Christopher Grant appeared for consolidated plaintiff; and Attorney Elizabeth Hurley appeared for defendant.

The parties' Proposed Discovery Plan (document no. 15) is divided into two phases.  The parties intend first to seek a summary adjudication of this action, and, only in the event the court is unable to issue a summary ruling disposing of the case, will the parties seek discovery.  The court finds the proposal reasonable and approves the following discovery plan:

Summary Adjudication Phase

- Motion(s) for summary judgment due on or before October 12, 2011.

- Objection(s) due on or before October 28, 2011.

- Any reply due on or before November 14, 2011.

Discovery Phase (Applicable only in the event that the
court is unable to resolve the case at summary judgment.)

- Discovery shall proceed on an expedited track.

- The parties shall file a proposed expedited discovery
  plan no later than 14 days following the court's
  ruling on the summary judgment motion(s).

- Trial shall be scheduled to occur approximately 120
  days following the court's decision on the summary
  judgment motion(s).

In light of this order, the parties' proposed discovery plan

(doc. no. 15) is denied as moot.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Date: October 4, 2011

cc:  Christopher E. Grant, Esq.
     Alexander G. Henlin, Esq.
     John D. Hughes, Esq.
     Elizabeth L. Hurley, Esq.